**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 25-1716

KEVIN ERIC SCOTT, Private Living Trust, Private American state national, Cestui que trust, Subrogee,

Plaintiff - Appellant,

v.

UNITED STATES DEPARTMENT OF JUSTICE; KRISTI NOEM, Department of Homeland Security; AMY T. LEE, Immigration Judge, Executive Office for Immigration Review; STACEY MARCOTT, CFO, Office of the General Counsel; KEVIN ERIC SCOTT,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Graham C. Mullen, Senior District Judge. (3:25-cv-00027-GCM)

Submitted: November 25, 2025                    Decided: December 1, 2025
                    Amended: December 1, 2025

Before WYNN and RICHARDSON, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Kevin Eric Scott, Appellant Pro Se. Janice Powers, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Charlotte, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kevin Eric Scott appeals the district court's order granting Defendants-Appellees' motion to dismiss his amended complaint under Fed. R. Civ. P. 12(b)(6). We have reviewed the record and discern no reversible error. Accordingly, we affirm the district court's order. *Scott v. U.S. Dep't of Just.*, No. 3:25-cv-00027-GCM (W.D.N.C. June 12, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*